AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-00-116 3

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

United States District Court
Southern District of Texas
FILED

AUG 1 4 2000

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**PROCESS SERVED
AFFIDAVIT ATTACHED**

Executed on _____     _____
Date                                    Signature of Server

_____
Address of Server

United States District Court
Southern District of Texas
RECEIVED
AUG 1 4 2000
Michael N. Milby, Clerk of Court

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# OFFICERS RETURN OF SERVICE

CASE # B-00-116                         COURT        **ORIGINAL**
                                        Clt. Ref.#              Clt.# 1610

ARTURO RAMIREZ GARCIA

VS

ALLIED PRODUCTS CORPORATION AND CONTINENTAL EAGLE CORP.

The documents came to our hand for service on **08/07/00**  **Time: 14:25:15**

Documents received for service:

**SUMMONS IN A CIVIL CASE; PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on **08/07/00**  **Time: 15:00:00**

Executed at: 800 Brazos St.
              Austin, TX 78701

to the following: **Allied Products Corporation**
                  **By Delivering To The Prentice-Hall Corporation Systems, Inc.**
                  **By Delivering To Margaret Leak, Designated Agent**

__✓__ PERSONALLY delivering the document to the person above.
____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
     who is sixteen (16) years of age or older, at the above listed address which is the
     usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____              Richard L Wines
                                     Professional Civil Process Austin
Witness Fee Tendered: _____     105 West Riverside Dr. #120
                                     Austin, Texas 78704
STATE OF TEXAS}                      Fax (512) 477-8700
                    VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 8 day of August 2000.

PCP Inv.# A0800 263                  NOTARY PUBLIC SIGNATURE



SANDY HARPER
NOTARY PUBLIC
State of Texas
Comm. Exp. 10-06-2002