AO 440 (Rev. 10/93) Summons in a Civil Action

4

# United States District Court ORIGINAL

_____ DISTRICT OF _____

ARTURO RAMIREZ GARCIA

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-00-116

ALLIED PRODUCTS CORPORATION
and CONTINENTAL EAGLE CORP.

United States District Court
Southern District of Texas
FILED

AUG 16 2000

Michael N. Milby
Clerk of Court

**TO:** (Name and address of defendant)

CONTINENTAL EAGLE CORP.
Registered Agent: CT Corporation System
350 N. St. Paul Street
Dallas, Tx. 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
ZAVALETTA & COWEN
603 E. St. Charles
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael Milby                                    8/2/00
CLERK                                            DATE

_(signature)_
(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

**ORIGINAL**

CASE # 300116                                COURT
                                             Clt. Ref.#                    Clt.#   7172

ARTURO RAMIREZ GARCIA

VS

ALLIED PRODUCTS CORPORARTION, AND CONTINENTAL EAGLE CORP.

The documents came to our hand for service on 08/08/00  Time: 09:02:45

Documents received for service:

**SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on 08/08/00  Time: 11:00:00

Executed at: 350 N. St. Paul St., #2900
             Dallas, TX 75201

to the following: **Continental Eagle Corp.**
                  **By Delivering To Its' Registered Agent, CT Corporation**
                  **System, Accepted By Tiffany Wortham**

__✓__ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

James Prince
Professional Civil Process Dallas, Inc.
714 Jackson St., Suite 930
Dallas, Texas 75202

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this 10 day of Aug 2000.

PCP Inv.# D0800 141                            NOTARY PUBLIC SIGNATURE



PETER S. ARMSTRONG
MY COMMISSION EXPIRES
April 16, 2003