IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | CIV. ACTION NO. B-00-116 |
| VS. | § | |
| | § | JURY DEMANDED |
| ALLIED PRODUCTS CORP, ET AL. | § | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

Michael R. Cowen has changed firms and addresses. His new firm name and address is:

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:   (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
Federal ID No. 19967
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the **29** day of ~~October~~ **Sept**, 2000, a true and correct copy of the above and foregoing document was sent to opposing counsel by regular mail:

Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78522

W. Bradford Hill, Jr.
MEREDITY, DONNELL & ABERNETHY
909 Fannin, Suite 2380
Houston, Texas 77010

_____
Michael R. Cowen