UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
OCT 1 8 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARTURO GARCIA RAMIREZ | § |
| versus | § CIVIL ACTION: B: 00-116 |
| ALLIED PRODUCTS CORP. | § |

## Order Resetting Conference

The intial pre-trial conference set for *November 27, 2000,* has been reset to:

**December 11, 2000 at 1:30 p.m.**

Signed on October 17, 2000 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge