8

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-116 |
| | * | |
| ALLIED PRODUCTS CORPORATION | * | |
| and CONTINENTAL EAGLE CORP. | * | |

### CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COME NOW ALLIED PRODUCTS CORPORATION and CONTINENTAL EAGLE CORPORATION, Defendants herein, and file this Certificate of Financially Interested Persons and state that, at this time, they are unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than the parties to the lawsuit.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

W. Bradford Hill, Jr.
State Bar No. 09656200
Federal Admissions No. 2210
HILL, ANGEL & KING
602 Sawyer, Suite 450
Houston, Texas 77007
(713) 654-4004
Fax (713) 654-4028

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

> Michael R. Cowen
> 765 East 7th Street, Suite A
> Brownsville, Texas 78520
> Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 26th day of October, 2000.

_____
Mitchell C. Chaney