IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 9 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-116 |
| | § | |
| ALLIED PRODUCTS CORPORATION | § | |
| CONTINENTAL EAGLE | § | |
| CORPORATION | § | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Please take notice that **W. Bradford Hill, Jr.**, formerly of Meredith, Donnell & Abernethy, has changed his firm affiliation to **HILL, ANGEL & KING, L.L.P.** All future pleadings and correspondence should be forwarded to Mr. Hill at the following new address:

W. Bradford Hill, Jr.
SBN: 09656200
HILL, ANGEL & KING, L.L.P.
602 Sawyer, Ste. 450
Houston, TX 77007
713.654.4004 (Main)
713.654.4028 (Fax)

Please modify your records to reflect Mr. Hill's change in firm affiliation and address.

Respectfully submitted,

HILL, ANGEL & KING, L.L.P.

By: _____
W. Bradford Hill, Jr.
SBN: 09656200
602 Sawyer, Ste. 450
Houston, Texas 77007
713.654.4004 (Tel.)
713.654.4028 (Fax)

ATTORNEY FOR DEFENDANTS
ALLIED PRODUCTS CORPORATION and
CONTINENTAL EAGLE CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of November, 2000, a copy of the above and foregoing instrument was forwarded via Certified Mail, Return Receipt Requested, to the following counsel of record:

Michael R. Cowen
Zavaletta & Cowen
603 E. St. Charles Street
Brownsville, Texas 78520

_____
W. Bradford Hill, Jr.

- 2 -