United States District Court
Southern District of Texas
FILED

NOV 2 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO RAMIREZ GARCIA § | |
| § | CIVIL ACTION NO. B-00-116 |
| V. § | |
| § | JURY DEMANDED |
| ALLIED PRODUCTS CORPORATION § | |
| and CONTINENTAL EAGLE CORP. § | |

### CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW Arturo Ramirez Garcia, Plaintiff herein, and files this Certificate of Financially Interested Persons and states that, at this time, he is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than the parties to the lawsuit.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone    (956) 541-4981
Facsimile    (956) 504-3674

Michael R. Cowen
Fed. ID. No. 19967

## CERTIFICATE OF SERVICE

On this the 284th day of November, 2000, a true and correct copy of the above and foregoing Certificate of Financially Interested Persons was sent to opposing counsel in the manner indicated below:

Mr. Mitchell C. Chaney          Via Facsimile: 541-2170
Rodriguez, Colvin & Chaney, L.L.P.   and Regular U.S. Mail
1201 E. Van Buren Street
P. O. Box 2155
Brownsville, Texas 78522

_____
Michael R. Cowen