13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ARTURO RAMIREZ GARCIA,**

    **Plaintiff,**

versus

**ALLIED PRODUCTS CORPORATION
and CONTINENTAL EAGLE CORP.,**

    **Defendants.**

CIVIL ACTION B-00-116

## ORDER

  BE IT REMEMBERED that on December 7, 2000, the Court considered Defendant Allied Products Corporation's Suggestion of Bankruptcy [Dkt. No. 11] and hereby **STAYS** this matter pursuant to 11 U.S.C. § 362.

  DONE at Brownsville, Texas, this 7 day of December 2000.

            _____
            Hilda G. Tagle
            United States District Judge