RODRIGUEZ, COLVIN & CHANEY, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

1201 EAST VAN BUREN
P O BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A COLVIN, JR
MITCHELL C CHANEY
MARJORY C BATSELL
JAIME A SAENZ*
JOSEPH A (TONY) RODRIGUEZ
ALISON D KENNAMER
LECIA L CHANEY

OF COUNSEL
BENJAMIN S HARDY (1912-1993)
ORRIN W JOHNSON
NEIL E NORQUEST
CHRIS A BRISACK
RAYMOND A COWLEY‡

LAURA J URBIS
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L DANISH
SARAH A NICOLAS
SHAWN MATHIS ISBELL

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

September 24, 2003

Ms. Stella Cavazos
Court Administrator for the
 Honorable Hilda Tagle
United States Courthouse
600 E. Harrison
Brownsville, Texas 78520

*Via Hand Delivery*

United States District Court
Southern District of Texas
FILED
SEP 2 4 2003
Michael N. Milby
Clerk of Court

RE: Civil Action No. B-00-116; *Arturo Ramirez Garcia vs. Allied Products Corporation and Continental Eagle Corporation*; In the United States District Court, Southern District of Texas - Brownsville Division
Our File: 18,118

Dear Ms. Cavazos:

Pursuant to the Court's request, enclosed please find the most recent Court Order regarding the bankruptcy of Allied Products Corporation, the *Notice of Confirmation of Allied's Third Amended Plan, As Modified*, dated August 20, 2003.

By copy hereof, I am advising all counsel of record of same and providing them with a copy of the Court's Order.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Alison D. Kennamer

ADK:ecl
Encl.
cc: Michael R. Cowen
 765 East 7th Street, Suite A
 Brownsville, Texas 78520

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALLIED PRODUCTS CORPORATION, | ) Case Nos. 00 B 28798 |
| | ) |
| Debtor. | ) |
| | ) Hon. Eugene R. Wedoff |
| | ) |

NOTICE OF CONFIRMATION OF
ALLIED'S THIRD AMENDED PLAN, AS MODIFIED

To:   All Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that on August 14, 2003, Chief Bankruptcy Judge Eugene R. Wedoff entered an order confirming Allied's Third Amended Plan dated April 21, 2003, as modified by that First Modification to Allied's Third Amended Plan dated July 2, 2003 (the "Plan") proposed by Allied Products Corporation ("Allied"). If you wish to obtain a copy of the Confirmation Order please contact Allied's counsel at the address appearing at the bottom of this notice.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Plan and the order confirming it are binding upon all creditors and equity interests of Allied whether or not the claim or interest of such creditor or equity holder is impaired or unimpaired under the Plan and whether or not such creditor or equity holder voted for or against the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order enjoins holders of a claim against or interest in Allied from taking any of the following actions against Allied or its property:

(1)   commencing or continuing, in any manner or in any venue, any action or other proceeding against Allied except as may be necessary for the purposes of Fed. R. Civ. P. 17 and 19 and any state law counterparts thereof;

(2)   enforcing in any manner any judgment, award, decree or order against Allied or its property other than pursuant to the claim allowance and distribution provisions of the Plan;

(3)   creating, perfecting or enforcing any lien or encumbrance against Allied or its property other than pursuant to the claim allowance and distribution provisions of the Plan;

(4)   asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to Allied;

{A0050350.DOC}

(5) commencing or continuing, in any manner or in any venue, any action that does not comply with or is inconsistent with the provisions of this Plan; and

(6) provided that a certain Buy-back Transaction contemplated in the Plan is authorized, taking any action against the Insurers (as defined in the Plan) for the purpose of pursuing any claim, collecting, recovering or receiving payment of, or recovery on or with respect to, any claims arising out of, under, or related to Allied, its property, and/or any insurance policies issued by the Insurers for the benefit of Allied (except for the worker's compensation coverage part of any policy); or if such Buy-back Transaction is not authorized, from taking any action inconsistent with the supplemental agreement (and any injunctive provisions therein) described in Allied's Motion For Approval Of Supplemental Agreement To Sell Debtor's Prepetition Liability Insurance Policies And To Limit Notice filed on July 11, 2003, to the extent approved by the court and reflected in a subsequent order.

**PLEASE TAKE FURTHER NOTICE** that the Plan Agent shall act as the disbursing agent for the purpose of making all distributions required or provided for under the Plan, as the same shall be made on the Effective Date, or as soon thereafter as may be practicable.

**PLEASE TAKE FUTHER NOTICE** that under the Plan, holders of equity interests in Allied, including any stock rights, whether preferred or common, shall neither receive nor retain any property under the Plan on account of such interests. Further, upon the Effective Date, Allied shall amend its Certificate of Incorporation to reflect the fact that Allied will no longer have authorized or outstanding shares of stock.

Respectfully submitted,

Allied Products Corporation

Dated: August 20, 2003

By: _____
One of their attorneys

Steven B. Towbin (#2848546)
Matthew A. Swanson (#6273133)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 276-1330
Fax: (312) 276-1335

Attorneys for Allied Products Corporation

For a copy of the Confirmation Order, please contact Mirjana Mirkovic at (312) 276-1326 or by email at mmirkovic@shawgussis.com



RECEIVED

AUG 2 6 2003

RODRIGUEZ COLVIN & CHANEY, LLP

{A0050350.DOC}