15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



MAR 29 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ARTURO RAMIREZ GARCIA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-00-116 |
| v. | § | |
| | § | |
| **ALLIED PRODUCTS CORP.** | § | |
| **AND CONTINENTAL EAGLE CORP.** | § | |
| Defendants. | § | |

## NOTIFICATION AND ORDER

BE IT REMEMBERED, that on March 29, 2004, the Court administratively closed this case because the Court has received Notice of Confirmation of Allied's Third Amended Plan, which enjoins holders of a claim against Allied or those with an interest in Allied from taking certain action against Allied or its property.

The parties are **ORDERED** to notify the Court in writing by April 15, 2004, if this case should not be closed, and the parties should state the reasons for maintaining a pending action in light of Allied's confirmed amended plan.

DONE at Brownsville, Texas, this 29th day of March, 2004.

_____
Hilda G. Tagle
United States District Judge