United States District Court
Southern District of Texas
FILED

APR 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | CIVIL ACTION NO. B-00-116 |
| v. | § | |
| | § | JURY DEMANDED |
| ALLIED PRODUCTS CORPORATION | § | |
| and CONTINENTAL EAGLE CORP. | § | |

**PLAINTIFF'S MOTION TO MAINTAIN
PENDING ACTION AND LIFT STAY AS TO NON-BANKRUPT
DEFENDANT CONTINENTAL EAGLE CORP.**

COMES NOW Arturo Ramirez Garcia, Plaintiff herein, and asks the Court to maintain this pending action on the Court's docket, and to reinstate the case as to Defendant Continental Eagle Corp.

Although Defendant Allied Products Corporation is in Bankruptcy, Defendant Continental Eagle Corporation has assumed its defense and agreed to indemnify it in this lawsuit. (Exhibit 1). Therefore, Plaintiff requests that the Court:

1. Dismiss the claims against Allied Products Corporation (without prejudice the any proof of claim filed in the Bankruptcy);

2. Maintain the case on the Court's docket; and

3. Reinstate the case as to Defendant Continental Eagle Corporation.

Respectfully submitted,

COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520
Telephone    (956) 541-4981
Facsimile    (956) 504-3674

_____
Michael R. Cowen
Fed. ID. No. 19967

**CERTIFICATE OF SERVICE**

On this the 15th day of April, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

| | |
|---|---|
| Mr. Mitchell C. Chaney<br>Rodriguez, Colvin & Chaney, L.L.P.<br>1201 E. Van Buren Street<br>P. O. Box 2155<br>Brownsville, Texas 78522 | **Via Facsimile: 541-2170**<br>**and Regular U.S. Mail** |
| W. Bradford Hill, Jr.<br>Hill, Angel & King, L.L.P.<br>602 Sawyer, Suite 250<br>Houston, Texas 77007 | |

_____
Michael R. Cowen

# EXHIBIT 1



# HILL, ANGEL & KING, L.L.P.
## ATTORNEYS AT LAW

602 Sawyer, Suite 450
Houston, Texas 77007

W. BRADFORD HILL, JR.
Email: BHill@HillAngelKing..com

Telephone: (713) 654-4004
Facsimile: (713) 654-4028

February 27, 2003

Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Re:   Civil Action No. B-00-116; *Arturo Ramirez Garcia vs. Allied Products Corporation, Continental Eagle Corporation;* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Cowen:

As you are aware, Allied Products is in bankruptcy. You are also aware that Continental Eagle Corporation has assumed the defense and agreed to indemnify Allied in this case. Please contact me at your convenience so that we can discuss the possibility of a stipulation with regard to Allied's position in the case which would allow a non-suit of the claims against Allied and pursuit of these matters to conclusion.

Thank you for your courtesy and cooperation. I look forward to hearing from you.

Very truly yours,

HILL, ANGEL & KING, L.L.P.

*[signature]*

W. Bradford Hill, Jr.

WBH:sh
W:\Clients\WBH\GARCIA-A\Cowanltr01.wpd

Mr. Michael Cowan
February 27, 2003
Page 2


cc:    Mitchell C. Chaney
       Rodriguez, Colvin & Chaney, L.L.P.
       1201 E. Van Buren Street
       P.O. Box 2155
       Brownsville, Texas 78520