IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-00-116 |
| v. | § | |
| | § | |
| ALLIED PRODUCTS CORP. | § | |
| AND CONTINENTAL EAGLE CORP. | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 6, 2004, the Court **GRANTED** Plaintiff's Motion to Maintain Pending Action [Dkt. Nos. 16-1 & 16-2]. The Court has received Plaintiff's request to dismiss without prejudice the claims against Defendant Allied Products Corporation because Defendant Continental Eagle Corporation "has assumed [Allied's] defense and agreed to indemnify [Allied] in this lawsuit." The Court also received the notification that Allied's Third Amended Plan was confirmed by the Bankruptcy Court. Plaintiff's most recent motion requesting the dismissal of Defendant Allied is not signed by all parties. The Court will not dismiss Defendant Allied from this lawsuit until the parties file a stipulation of dismissal signed by all parties. Additionally, Plaintiff has requested the Court to reinstate the case as to Defendant Continental Eagle Corporation. After a stipulation has been filed, the Court will schedule a pretrial conference, at which time a scheduling order will be entered so that this case may be litigated to conclusion.

The parties are **ORDERED** to file the stipulation of dismissal no later than 4:00 p.m. on May 14, 2004.

DONE at Brownsville, Texas, this 6th day of May, 2004.

Hilda G. Tagle
United States District Judge