18

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

MAY 1 3 2004

Michael N. Milby
Clerk of Court

ARTURO RAMIREZ GARCIA        *
                            *
VS.                          *        CIVIL ACTION NO. B-00-116
                            *
ALLIED PRODUCTS CORPORATION  *
and CONTINENTAL EAGLE CORP.  *

## JOINT UNOPPOSED RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST ALLIED PRODUCTS CORPORATION

COME NOW, Plaintiff and Defendants, the parties to this case, by and through their attorneys herein, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and make and file this Stipulation of Dismissal as to Claims Against Allied Products Corporation, and for such would show as follows:

## I.

Plaintiff no longer wishes to pursue any claims against Allied Products Corporation; Allied Products Corporation filed bankruptcy and had a Third Amended Plan for same approved by the Court with jurisdiction over that bankruptcy. All parties are agreeable to the dismissal of Allied Products Corporation from this action. Therefore, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereto stipulate to the dismissal of all claims against Allied Products Corporation with any applicable costs of court to be taxed against the party incurring same. Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the closing of the Court's file as to these claims is a ministerial act, such that no further Order of the Court is necessary.

Respectfully submitted,

Michael R. Cowen
State Bar No. 00795306
Federal I.D. No. 19967
COWEN & BODDEN
**520 E. Levee Street**
Brownsville, Texas 78520
(956) 541-4981
(Fax) 956-504-3674
ATTORNEY FOR PLAINTIFF

Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
Alison D. Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
RODRIGUEZ, COLVIN, CHANEY & SAENZ,
L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

W. Bradford Hill, Jr.
State Bar No. 09656200
Federal Admissions No. 2210
HILL, ANGEL & KING
602 Sawyer, Suite 450
Houston, Texas 77007
(713) 654-4004
Fax (713) 654-4028

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all

counsel of record, to-wit:    **Ms. Alison Kennamer**
**RODRIGUEZ, COLVIN, CHANEY & SAENZ**
**P. O. Box 2155**

**Brownsville, TX  78522**

**Attorneys for Defendants**

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission

pursuant to the Federal Rules of Civil Procedure, on this the 13th day of _May_  ,2004.

_____
Michael R. Cowen