| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ARTURO RAMIREZ GARCIA         §

versus                        §    CIVIL ACTION NO. B: 00-116

ALLIED PRODUCTS CORPORATION   §
and CONTINENTAL EAGLE CORP.

## Order Setting Conference

1.  An initial pre-trial conference is set for **May 27, 2004 at 10:00 a.m.**

2.  Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed on _May 17_, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge