

United States District Court
Southern District of Texas
FILED

MAY 26 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § § | |
| v. | § § | CIVIL ACTION NO. B-00-116 |
| | § | JURY DEMANDED |
| ALLIED PRODUCTS CORPORATION and CONTINENTAL EAGLE CORP. | § § § | |

### MOTION TO APPEAR ON BEHALF OF ATTORNEY IN CHARGE

COMES NOW Conrad Bodden, attorney with the Law Offices of Cowen & Bodden, and asks the Court to allow him to appear on behalf of Plaintiff's attorney in charge, Michael R. Cowen. Conrad Bodden is Michael R. Cowen's law partner. Conrad Bodden is a licensed attorney in the State of Texas in good standing before its bar and is licensed to practice before this Honorable Court.

Michael R. Cowen is unavailable to appear at the Initial Pretrial Conference currently set for May 27, 2004 at 10:00 a.m. as he had previously set depositions out-of-town prior to receiving the Court's Order Setting Conference signed on May 17, 2004. As such, the Law Offices of Cowen & Bodden and Conrad Bodden request this court to allow Mr. Bodden to appear on Mr. Cowen's behalf. Mr. Bodden is familiar with the case and has authority to bind the client.

Respectfully submitted,
COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520
Telephone   (956) 541-4981
Facsimile    (956) 504-3674

Conrad Bodden
Fed. ID. No. 21003

## CERTIFICATE OF SERVICE

On this the 26th day of May, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

Mr. Mitchell C. Chaney  
Rodriguez, Colvin & Chaney, L.L.P.  
1201 E. Van Buren Street  
P. O. Box 2155  
Brownsville, Texas 78522

**Via Facsimile: 956-541-2170**  
**and Regular U.S. Mail**

W. Bradford Hill, Jr.  
Hill, Angel & King, L.L.P.  
602 Sawyer, Suite 250  
Houston, Texas 77007

**Via Facsimile: 713-654-4028 and**  
**Regular Mail**

_____  
Conrad Bodden

## CERTIFICATE OF CONFERENCE

I, Conrad Bodden, hereby certify that I have attempted to confer with opposing counsel, Mitchell Chaney, and that I have been unable to speak to counsel directly. As such, I do not know if opposing counsel opposes this motion.

_____  
Conrad Bodden