IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | CIVIL ACTION NO. B-00-116 |
| v. | § | |
| | § | JURY DEMANDED |
| ALLIED PRODUCTS CORPORATION | § | |
| and CONTINENTAL EAGLE CORP. | § | |

## ORDER GRANTING PLAINTIFF'S
## MOTION TO APPEAR FOR ATTORNEY IN CHARGE

After considering Plaintiff's Motion to Appear for Attorney In Charge, the Court **GRANTS** the Motion and allows Attorney Conrad Bodden to appear at the Initial Pretrial Conference hearing set for May 27, 2004 at 10:00 a.m.

**SIGNED** on the 26th day of May, 2004.

_____
U.S. DISTRICT JUDGE

xc: Michael R. Cowen
Conrad Bodden
COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520

Mr. Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren Street
P. O. Box 2155
Brownsville, Texas 78522