# Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Sally Garcia for Stella Cavazos |
| **LAW CLERK** | ☐ Nicolas  ■ Levesque |
| **DATE** | 05 — 27 — 04 |
| **TIME** | ☐ a.m. / 10:05 p.m.  —  ☐ a.m. / 10:15 p.m. |
| **CIVIL ACTION** | B — 00 — 116 |
| **STYLE** | ARTURO RAMIREZ GARCIA *versus* ALLIED PRODUCTS CORP., ET AL. |

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■Initial Pre-Trial Hearing;                    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):     Conrad Bodden
Attorney(s) for Defendant(s):
Continental Eagle Corp.           Mitchell Chaney
                                  Bradford Hill

---

**_Comments_**:

Parties apprised the Court that the joint discovery/case management plan submitted before the bankruptcy stay took the bankruptcy into account and was still applicable. Discovery would likely take approximately 9 months.

Court ordered the parties to submit a joint proposed scheduling order so one could be entered by the Court.