| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
JUN 28 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ARTURO GARCIA RAMIREZ §

vs. § Civil Action No. B-00-116

CONTINENTAL EAGLE CORP. §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3-4__ days.                     ☐ Bench   ■ Jury

2. New parties must be joined by:                                   7/9/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   10/1/2004

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                  2/28/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:                            3/28/2005

7. Joint pretrial order is due:                                     6/16/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   6/29/2005

9. Jury Selection is set for 9:00 a.m. on:                          7/11/2005
   *(The case will remain on standby until tried)*

Signed _____June 28_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge