United States District Court
Southern District of Texas
FILED

NOV 1 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § § § § | CIVIL ACTION NO. B-00-116 |
| V. | § § § | JURY DEMANDED |
| ALLIED PRODUCTS CORPORATION and CONTINENTAL EAGLE CORP. | § § | |

## JOINT MOTION TO EXTEND DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff and Defendants ask the Court to extend all deadlines contained in the Rule 16, F.R.C.P. Scheduling Order by 120 days.

On June 28, 2004, the Court entered a Rule 16, F.R.C.P. Scheduling Order, which set out certain deadlines. These deadlines included an October 1, 2004 expert disclosure deadline for Plaintiffs, and a November 1, 2004 expert disclosure deadline for Defendant. Plaintiffs and Defendants have not designated experts and are requesting additional time to do so.

Plaintiffs and Defendants have not produced expert reports. At the initial pretrial conference, the parties had agreed to inspect the accident scene and the product in question. After that inspection, the parties were to discuss the possibility of an early settlement prior to formal discovery being conducted. Unfortunately, over the last few months, W. Bradford Hill, Jr., lead counsel for Defendant, has been undergoing medical treatment for a heart condition and knee condition. Due to Mr. Hill's medical condition, the inspection along with formal discovery has been delayed.

In addition, Plaintiffs have been unable to produce expert reports due to its inability to get in contact with the expert it initially hired in the year 2000. This case was filed on August 2, 2000.

Due to a bankruptcy filed by one of the initial Defendants on or about November 2000, a bankruptcy stay was in place and this case remained on this court's docket. Plaintiffs had initially retained an expert in year 2000. Unfortunately, due to the passage of time and inability to get in contact with that expert, Plaintiffs may need to retain another expert.

Therefore, Plaintiff and Defendants ask the Court to extend all deadlines in the Scheduling Order by 120 days.

                Respectfully submitted,

                COWEN & BODDEN
                520 E. Levee Street
                Brownsville, Texas 78520
                Telephone (956) 541-4981
                Facsimile (956) 504-3674

                _____
                MICHAEL R. COWEN
                State Bar No. 00795306
                Federal I.D. No. 19967
                ATTORNEY FOR PLAINTIFF

                HILL, ANGEL & KING, L.L.P.

                _____
                W. BRADFORD HILL, JR.
                State Bar No. 09656200
                Federal I.D. No. 2210
                602 Sawyer, Suite 250
                Houston, Texas 77007
                ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, certify that I sent a copy of the foregoing document to Defendants' counsel on the 17th day of November, 2004.

| | |
|---|---|
| Mr. Mitchell C. Chaney<br>Ms. Allison Kennamer<br>Rodriguez, Colvin, Chaney & Saenz<br>1201 E. Van Buren Street<br>P. O. Box 2155<br>Brownsville, Texas 78522 | **Via Facsimile: 956-541-2170**<br>**and Regular U.S. Mail** |
| W. Bradford Hill, Jr.<br>Hill, Angel & King, L.L.P.<br>602 Sawyer, Suite 250<br>Houston, Texas 77007 | **Via Facsimile: 713-654-4028 and**<br>**and Regular Mail** |

_____
MICHAEL R. COWEN

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that my office spoke to Alison Kennamer of Rodriguez, Colvin, Chaney & Saenz, and Bradford Hill of Hill, Angel & King, L.L.P. and that they are in agreement with filing this joint motion.

_____
MICHAEL R. COWEN