IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § § § § | CIVIL ACTION NO. B-00-116 |
| V. | § § | JURY DEMANDED |
| ALLIED PRODUCTS CORPORATION and CONTINENTAL EAGLE CORP. | § § | |

## ORDER SETTING HEARING ON JOINT MOTION TO EXTEND DEADLINES

The Court sets Joint Motion to Extend Deadlines for hearing on _____, 2004, at _____ __.m.

SIGNED this ____ day of _____, 2004.

_____
JUDGE PRESIDING

**Copies to:**

Mr. Michael R. Cowen
COWEN & BODDEN
520 E. Levee
Brownsville, TX 78520

Mr. Mitchell C. Chaney
Ms. Allison Kennamer
Rodriguez, Colvin, Chaney & Saenz
1201 E. Van Buren Street
P. O. Box 2155
Brownsville, Texas 78522

Mr. W. Bradford Hill, Jr.
Hill, Angel & King, L.L.P.
602 Sawyer, Suite 250
Houston, Texas 77007