IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § § § § | CIVIL ACTION NO. B-00-116 |
| V. | § § | JURY DEMANDED |
| ALLIED PRODUCTS CORPORATION and CONTINENTAL EAGLE CORP. | § § § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

The Court, having considered Joint Motion to Extend Deadlines, GRANTS the motion.

IT IS, THEREFORE, ORDERED that the following schedule will control the disposition of this case. All prior discovery deadlines are superceded by this Order.

1. May 27, 2005 — **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. February 1, 2005 — **PLAINTIFFS' EXPERT DISCLOSURES** shall be made by this date.

3. March 4, 2005 — **DEFENDANT'S EXPERT DISCLOSURE** shall be made by this date.

4. June 10, 2005 — **MOTION DEADLINE**: All other motions, including dispositive motions and **Daubert** motions to strike expert testimony, must be filed by this date.

9. June 16, 2005 — **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

10. June 29 2005 — **A FINAL PRETRIAL CONFERENCE** is set on this date at 1:30 p.m.

11. July 11, 2005 — **JURY SELECTION** is set on this date at 9:00 a.m.

DONE at Brownsville, Texas, on the ____ day of _____, 2004.

_____
JUDGE PRESIDING

**Copies to:**

Mr. Michael R. Cowen
COWEN & BODDEN
520 E. Levee
Brownsville, TX 78520

Mr. Mitchell C. Chaney
Ms. Allison Kennamer
Rodriguez, Colvin, Chaney & Saenz
1201 E. Van Buren Street
P. O. Box 2155
Brownsville, Texas 78522

Mr. W. Bradford Hill, Jr.
Hill, Angel & King, L.L.P.
602 Sawyer, Suite 250
Houston, Texas 77007