United States District Court
Southern District of Texas
FILED

JAN 21 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § § § | CIVIL ACTION NO. B-00-116 |
| V. | § § § | JURY DEMANDED |
| CONTINENTAL EAGLE CORP. | § | |

### PLAINTIFF'S INITIAL DISCLOSURES

To: Defendant, Continental Eagle Corp., through its attorneys of record:
Mr. W. Bradford Hill, Jr.
Hill, Angel & King, L.L.P.
602 Sawyer, Suite 250
Houston, Texas 77007

Mr. Mitchell C. Chaney
Ms. Allison Kennamer
Rodriguez, Colvin, Chaney & Saenz
1201 E. Van Buren Street
Brownsville, Texas 78522

Plaintiff, Arturo Ramirez Garcia, makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) and order of the Court.

### A. Individuals with Discoverable Information

1. The names, addresses, and telephone numbers of individuals likely to have discoverable information that Plaintiff may use to support his claims are as follows:

   Mr. Arturo Ramirez Garcia
   7113 Wind Willow Street
   Corpus Christi, Texas 78414
   (361) 779-9748
   Plaintiff in this lawsuit.

   Rangerville Coop Gin, its
   employees and/or representatives
   Rangerville Road
   Harlingen, Texas 78552
   (956) 423-5245
   These individuals may have knowledge regarding the facts of the incident and

injuries sustained by Plaintiff.

Rene De Los Santos
Rangerville Road
Harlingen, Texas 78552
(956) 423-5245
Mr. De Los Santos may have knowledge regarding the facts of the incident and injuries sustained by Plaintiff.

Mr. David B. McClelland
Gary Robinson, Inc.
399 North Cypress Drive
Tequesta, Florida 33469
(561) 744-7219
Mr. McClelland will testify with respect to the Defendant's negligence, the industry standard for designing and manufacturing cotton gins, and Defendant's violations of those standards.

Valley Regional Medical Center,
its custodian of medical and billing records,
and other employees and/or representatives
100-A Alton Gloor
Brownsville, Texas 78520
(956) 350-7000

Francis Sweeney, M.D., his custodian
of medical and billing records,
and other employees and/or representatives
100-A Alton Gloor
Brownsville, Texas 78520
(956) 350-7000

H. Roberts, M.D., his custodian
of medical and billing records,
and other employees and/or representatives
100-A Alton Gloor
Brownsville, Texas 78520
(956) 350-7000

Renaissance Orthopaedics,
Mike Sweeney, M.D., and/or
Frank Schroeder, D.O., their
custodian of medical and billing records,
and other employees and/or representatives
295 N. Sam Houston

San Benito, Texas 78586
(956) 361-3663

Orthosports Physical Therapy,
Russell Darrington, MSPT,
their custodian of medical and billing records,
and other employees and/or representatives
295 N. Sam Houston
San Benito, Texas 78586
(956) 361-3363

Orthopedic Surgery Center and/or
Raul Marquez, M.D., P.A.,
their custodian of medical and billing records,
and other employees and/or representatives
2402 Cornerstone Blvd.
Edinburg, Texas 78539
(956) 668-0060

Ruben D. Pechero, M.D.,
Guillermo Pechero, M.D.,
Rio Grande Valley Orthopedic Center,
their custodian of medical and billing records,
and other employees and/or representatives
1005 East Nolana Loop
McAllen, Texas 78504
(956) 686-6510

Radiology Associates of McAllen, P.A.,
and/or L.M. Farolan, M.D.,
their custodian of medical and billing records,
and other employees and/or representatives
2614 Cornerstone Blvd.
Edinburg, Texas 78539
(956) 994-1752

Cornerstone Regional Hospital,
its custodian of medical and billing records,
and other employees and/or representatives
2302 Cornerstone
Edinburg, Texas 78539
(956) 618-4444

Dolly Vinsant Memorial Hospital,
its custodian of medical and billing records,

and other employees and/or representatives
400 E. 77 Sunshine Strip
San Benito, Texas
(956) 365-5200

The above are Plaintiff's health care providers who may be called upon as potential expert witnesses to testify about diagnosis, treatment and prognosis of the Plaintiff including causation, damages and past and future incapacity and medical bills; and that such injuries were proximately caused by the incident in question.

### B. Relevant Documents & Tangible Things

2. Attached are copies of documents and tangible things in Plaintiff's possession, custody or control that Plaintiff may use to support his claims:

   A. Medical Records and Medical Bills of Arturo Ramirez Garcia;

   B. Videotapes of incident scene;

   C. Photographs of incident scene; and

   D. Photographs of Arturo Ramirez Garcia.

### C. Information Related to Calculation of Damages

3. Plaintiff's economic damages will be the sum of past and future medical expenses and his past and future lost earnings. In addition, Plaintiff will seek to recover for mental anguish, pain and suffering, physical impairment, and physical disfigurement (in the past and in the future).

Respectfully submitted,

COWEN & BODDEN

Conrad Bodden
S.D. Texas, Federal Id No. 21003
State Bar No. 00796220
520 E. Levee Street
Brownsville, Texas 78520
(956) 541-4981 Telephone
(956) 504-3674 Facsimile
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Conrad Bodden certify that I sent a copy of the foregoing document to Defendants' counsel on the 21st day of January 2005.

Mr. Mitchell C. Chaney  
Ms. Allison Kennamer  
Rodriguez, Colvin, Chaney & Saenz  
1201 E. Van Buren Street  
P. O. Box 2155  
Brownsville, Texas 78522  

**Via Facsimile: 956-541-2170**  
**and CMRRR#**7003-3110-0004-2075-9321

W. Bradford Hill, Jr.  
Hill, Angel & King, L.L.P.  
602 Sawyer, Suite 250  
Houston, Texas 77007  

**Via Facsimile: 713-654-4028 and**  
**and CMRRR#**7003-3110-0004-2075-9314

Conrad Bodden