

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-116 |
| | § | |
| ALLIED PRODUCTS CORPORATION | § | |
| CONTINENTAL EAGLE CORPORATION | § | |

**DEFENDANTS ALLIED PRODUCTS CORPORATION
AND CONTINENTAL EAGLE CORPORATION'S
DESIGNATION OF EXPERTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, ALLIED PRODUCTS CORPORATION and CONTINENTAL

EAGLE CORPORATION and file this their Designation of Expert Witnesses as follows:

Mr. William M. Coltharp, P.E.
Coltharp Engineering Associates, Inc.
8733 Shoal Creek Boulevard
Austin, Texas 78757

Mr. Coltharp may be called upon to testify as to his observations, findings and assessment of the cause(s) of the accident, the design of the machinery involved, and in rebuttal of the opinions given by experts retained to testify on behalf of Plaintiff. Mr. Coltharp's C.V. is attached as Exhibit "A."

Mr. Earnest Edwards
Vice President of Engineering
Continental Eagle Corporation
201 Gin Shop Hill Road
Prattville, Alabama 36067-0900

Mr. Edwards is the Vice President of Engineering for Continental Eagle Corporation and will testify concerning the design, manufacture, marketing, identification, and all other aspects of the equipment involved in this accident.

Respectfully submitted,

HILL, FINKEL & KING, L.L.P.

*[signature]*

W. Bradford Hill, Jr.
SBN: 09656200
602 Sawyer, Suite 450
Houston, Texas 77007
Telephone: 713-654-4004
Facsimile: 713-654-4028
Email: bhill@hfklaw.com

ATTORNEY FOR DEFENDANTS CONTINENTAL EAGLE CORPORATION AND ALLIED PRODUCTS CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document, has been forwarded via certified mail, return receipt requested, facsimile and/or messenger, on this the 4th day of March, 2005 to the following:

Mr. Conrad Bodden  *Via First Class Mail*
Cowen & Bodden  *and Facsimile 956.504.3674*
520 East Levee Street
Brownsville, Texas 78520
Telephone: 956.541.4981
Facsimile: 956.504.3674

Mr. Mitchell C. Chaney  *Via First Class Mail*
Ms. Allison Kennamer  *and Facsimile 956.541.2170*
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren Street
P.O. Box 2155
Brownsville, Texas 78520
Telephone: 956.542.7441
Facsimile: 956.541.2170

*[signature]*

W. Bradford Hill, Jr.

2