LAW OFFICES OF

# COWEN & BODDEN

520 E. Levee Street • Brownsville, Texas 78520
Telephone 956/541-4981 • Facsimile 956/504-3674

United States District Court
Southern District of Texas
FILED

SEP 1 2 2005

Michael N. Milby
Clerk of Court

MICHAEL R. COWEN, P.C.
Texas Board of Legal Specialization
Board Certified - Personal Injury Trial Law

CONRAD BODDEN, P.C.

DAVID A. SANCHEZ
MICHAEL J. BLANCHARD

September 12, 2005

Mr. Michael N. Milby  **HAND-DELIVERED**
U.S. District Clerk
600 E. Harrison Street
Brownsville, Texas 78520

Re:   C.A. No. B-00-116
      Arturo Ramirez Garcia v. Allied Products Corporation and Continental Eagle Corp.

Dear Mr. Milby:

This is to advise the Court that this case was mediated on **September 8, 2005** and it was settled. The final settlement documents will be forwarded to the Court upon execution.

Sincerely,

COWEN & BODDEN

*Michael R. Cowen* (signature)

Michael R. Cowen

MRC/jol

xc:   Mr. W. Bradford Hill, Jr.                **Regular U.S. Mail**
      Hill, Angel & King, L.L.P.
      602 Sawyer, Suite 250
      Houston, Texas 77007

      Mr. Mitchell Chaney                       **Regular U.S. Mail**
      Ms. Allison Kennamer
      Rodriguez, Colvin & Chaney, L.L.P.
      1201 E. Van Buren Street
      P. O. Box 2155
      Brownsville, Texas 78522