United States District Court
Southern District of Texas
ENTERED

SEP 2 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-00-116 |
| v. | § | |
| | § | |
| ALLIED PRODUCTS CORP. | § | |
| AND CONTINENTAL EAGLE CORP. | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on September 21, 2005, the Court took notice of the letter filed on September 12, 2005 advising the Court that this case was settled in mediation [Dkt. No. 28]. While the letter states that final settlement documents will be forwarded, it does not provide a time frame for this action. The parties are **ORDERED** to file a status report with the Court providing a specific date by which the final settlement documents will be filed.

Unless the final settlement documents are filed by 2 P.M. on September 27, 2005, the Court will expect the parties to appear for the final pretrial conference scheduled for September 28, 2005 at 1:30 P.M.

DONE at Brownsville, Texas, this 21st day of September, 2005.

_____
Hilda G. Tagle
United States District Judge