United States District Court
Southern District of Texas
FILED

SEP 2 7 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-116 |
| | § | |
| ALLIED PRODUCTS CORPORATION | § | |
| CONTINENTAL EAGLE CORPORATION | § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ARTURO RAMIREZ GARCIA, Plaintiff herein, by and through his attorney of record, and ALLIED PRODUCTS CORPORATION and CONTINENTAL EAGLE CORPORATION Defendants herein, by and through their attorneys of record, and announce to the Court that the parties have agreed to compromise and settle the captioned cause and that Plaintiff no longer wishes to continue this action against Defendants Allied Products Corporation and Continental Eagle Corporation and hereby requests the Court to dismiss, with prejudice, said cause and all claims, actions and causes of action asserted by or which could have been asserted by the Plaintiff against the Defendants, arising out of the occurrence made subject of the above styled and numbered cause, such dismissal to be with prejudice as to said cause of action ever being refiled.

Plaintiff and Defendants further pray that costs in this proceeding be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the above styled and numbered cause be dismissed, with prejudice as to refiling and that costs herein be taxed against the party incurring them.

Respectfully submitted,

COWEN & BODDEN

*/s/ Michael R. Cowen*

MR. MICHAEL R. COWEN
FEDERAL ID NO. 19967
STATE BAR NO. 00795306
520 East Levee Street
Brownsville, Texas 78520
Telephone: 956.541.4981
Facsimile: 956.504.3674

ATTORNEY FOR PLAINTIFF ARTURO RAMIREZ GARCIA

HILL, FINKEL & KING, L.L.P.

*/s/ W. Bradford Hill or cs*

W. Bradford Hill, Jr.
Federal I.D. No. 2210
SBN: 09656200
602 Sawyer, Suite 450
Houston, Texas 77007
Telephone: 713-654-4004
Facsimile: 713-654-4028
Email: bhill@hfklaw.com

ATTORNEY FOR DEFENDANTS ALLIED PRODUCTS CORPORATION AND CONTINENTAL EAGLE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was forwarded to all counsel of record listed below via certified mail, return receipt requested, fax, email and/or messenger pursuant to the Federal Rules of Civil Procedure on the 27th day of September, 2005.

| | |
|---|---|
| Mr. Mitchell C. Chaney<br>Ms. Allison Kennamer<br>Rodriguez, Colvin, Chaney & Saenz<br>1201 E. Van Buren Street<br>P. O. Box 2155<br>Brownsville, Texas 78522 | **Via Facsimile: 956-541-2170**<br>**and Regular U.S. Mail** |
| W. Bradford Hill, Jr.<br>Hill, Angel & King, L.L.P.<br>602 Sawyer, Suite 250<br>Houston, Texas 77007 | **Via Facsimile: 713-654-4028 and**<br>**and Regular Mail** |

_____
Michael R. Cowen

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that my law partner, Conrad Bodden, spoke to Bradford Hill of Hill, Angel & King, L.L.P. and that all parties are in agreement with filing this joint motion.

_____
Michael R. Cowen