IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-116 |
| | § § | |
| ALLIED PRODUCTS CORPORATION | § | |
| CONTINENTAL EAGLE CORPORATION | § | |

**AGREED ORDER OF DISMISSAL**

On this day came on for hearing the Joint Motion to Dismiss of Plaintiff ARTURO RAMIREZ GARCIA and Defendants ALLIED PRODUCTS CORPORATION AND CONTINENTAL EAGLE CORPORATION and the court having considered said Motion and having been informed that these parties have agreed to a settlement of this case and being of the opinion that the Motion should in all things be granted. It is therefore:

ORDERED, ADJUDGED, AND DECREED by the Court that the above-entitled and numbered proceeding is hereby dismissed with prejudice and all costs herein are hereby taxed against the party incurring them. All relief not specifically granted herein is hereby expressly denied.

SIGNED the _____ day of _____, 2005.

_____
JUDGE PRESIDING

COWEN & BODDEN

_____
Mr. Michael R. Cowen
SBN 00795306
Federal Id No. 19967
520 East Levee Street
Brownsville, Texas 78520
Telephone: 956.541.4981
Facsimile: 956.504.3674

ATTORNEY FOR PLAINTIFF
ARTURO RAMIREZ GARCIA


HILL, FINKEL & KING, L.L.P.

_____
W. Bradford Hill, Jr.
SBN: 09656200
Federal Id No. 2210
602 Sawyer, Ste. 450
Houston, Texas 77007
Telephone: 713.654.4004
Facsimile: 713.654.4028

ATTORNEY FOR DEFENDANTS
ALLIED PRODUCTS CORPORATION
CONTINENTAL EAGLE CORPORATION