United States District Court
Southern District of Texas
ENTERED

SEP 27 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RAMIREZ GARCIA | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. B-00-116 |
| v. | § § | |
| ALLIED PRODUCTS CORP. AND CONTINENTAL EAGLE CORP. Defendants. | § § § § | |

### ORDER

BE IT REMEMBERED, that on September 27, 2005, the Court **DISMISSED** this case in response to the Joint Motion to Dismiss. The parties moved the Court to dismiss this action after reaching a settlement agreement. The Court **DISMISSES** the case **WITH PREJUDICE** in accordance with the Joint Motion to Dismiss.

DONE at Brownsville, Texas, this 27th day of September, 2005.

_____
Hilda G. Tagle
United States District Judge